# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     PHYLLIS JEAN MYERS

            Debtor(s)             CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE             CASE NO: 1-22-01438-HWV
            Movant
vs.
PHYLLIS JEAN MYERS

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 28, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on June 26, 2023.

2. A hearing was held and an Order was entered on August 16, 2023 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

            Respectfully submitted,

            /s/    Douglas R. Roeder, Esquire
            Id:   80016
            Attorney for Movant
            Jack N. Zaharopoulos
            Standing Chapter 13 Trustee
            Suite A, 8125 Adams Drive
            Hummelstown, PA   17036
            Phone:   717-566-6097
            email: droeder@pamd13trustee.com

IN RE: PHYLLIS JEAN MYERS

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-22-01438-HWV

PHYLLIS JEAN MYERS

Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 4B<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: January 24, 2024<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: December 28, 2023

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PHYLLIS JEAN MYERS

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant

vs.

PHYLLIS JEAN MYERS

         Respondent(s)

CHAPTER 13

CASE NO: 1-22-01438-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 28, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
PHYLLIS JEAN MYERS
3180 BARLEY CIRCLE
DOVER, PA 17315

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 28, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

| | |
|---|---|
| IN RE:   PHYLLIS JEAN MYERS<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>PHYLLIS JEAN MYERS<br><br>Respondent(s) | CHAPTER 13<br><br><br><br>CASE NO: 1-22-01438-HWV |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.