**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **Phyllis Jean Myers,** | **CHAPTER:**   **13** |
| **Debtor(s)** | **CASE NO.**   **1:22-bk-01438-HWV** |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:**   Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order.   Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.**   Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1.   Amount agreed to by debtor | $ 4,500.00 |
| 2.   Less amount paid to attorney outside of plan distributions | $ 179.00 |
| 3.   Balance of compensation to be paid through plan distributions | $ 4,321.00 |
| 4.   Expenses advanced to be paid through plan distributions: (describe expense and amount) _ | $ 0.00 |

| | |
|---|---|
| **B.**   Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1.   Compensation and expenses to be approved by the Court | $ |
| 2.   Less amounts paid to attorney outside of plan distributions | $ |
| 3.   Balance of compensation and expenses to be paid through plan distributions | $ |

| | |
|---|---|
| **C.**   The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above: | $ 4,321.00 |

Dated: June 24, 2024

/s/ Michael A. Cibik
Attorney for Debtor