| | |
|---|---|
| In re:<br><br>    Phyllis Jean Myers,<br><br>        Debtor. | Case No. 1:22-bk-01438-HWV<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the sixth amended plan and notice of the confirmation hearing on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356

Metropolitan Edison Company
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel, NJ 07733

Jack N Zaharopoulos (CM/ECF)

Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Mortgage Assets Management, LLC (CM/ECF)

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

CFNA/Credit First Natl Assoc
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181-0315

COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

Commonwealth of PA
Dept. of Revenue
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17128-0946

Dover Area School District
c/o York Adams Tax Bureau
PO Box 15627
York PA 17405-0156

Dover Twp. Tax Collector
3700-6 Davidsburg Rd
Dover, PA 17315-4665

Dover Twp. Water System
2480 West Canal Rd
Dover, PA 17315-3410

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117-5524

FIRSTENERGY CORPORATION
PO BOX 16001
READING PA 19612-6001

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Penn Waste Inc.
PO Box 3066
York, PA 17402-0066

| | |
|---|---|
| Pincus Law Group PLLC<br>2929 Arch Street Suite 1700<br>Philadelphia, PA 19104-7327 | Santander Consumer USA<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/walmar<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | Wheatland Condo Assoc.<br>3528 Concord Rd<br>York PA 17402 |
| Santander Bank<br>10-64-38-FD7<br>601 Penn Street<br>Reading, PA 19601-3563 | York County Tax Claim Bureau<br>28 East Market Street, Room 105<br>York, PA 17401-1585 |

Date: September 23, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.co