UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                                                             CASE NO.: 22-01438
                                                                                                              CHAPTER 13

**Phyllis Jean Myers,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MORTGAGE ASSETS MANAGEMENT, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/Robert Shearer
                                            Robert Shearer
                                            Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PHYLLIS JEAN MYERS
3180 BARLEY CIRCLE
DOVER, PA 17315

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Amber Matas