Rev. March 23, 2021

# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Phyllis Jean Myers, | CHAPTER: 13 |
| Debtor(s) | CASE NO. 1:22-bk-01438-HWV |

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED JULY 14, 2011

Recorded on July 26, 2011, in York County, at Instrument Number 2011034497.

Property Address:
3180 Barley Circle
Dover, PA 17315

Mortgage Servicer:
Mortgage Assets Management, LLC

Post-petition mailing address for Debtor(s) to send payment:
PHH Mortgage Services
PO BOX 24781
ATTN: RSVRF
West Palm Beach, FL 33416
Mortgagor(s)/Debtor(s):Phyllis Jean Myers, Phyllis J Myers


Payments are contractually due:

Monthly ☐ Semi-monthly ☐ Bi-weekly ☒ Other Reverse Mortgage

Each Monthly Payment is comprised of:
Principal and Interest.....
R.E. Taxes......................
Insurance........................
Late Charge....................
Other.............................. ___ (Specify: ___)
**TOTAL**..........................

**POST-PETITION PAYMENTS** (Petition was filed on August 4, 2022)

1

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| N/A | $0.00 | $2,767.13 | 1/13/2025 (Taxes) | N/A | N/A |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: <u>N/A</u> as of <u>July 15, 2025</u>.

TOTAL AMOUNT OF POST-PETITION ARREARS: <u>$2,767.13</u> as of <u>July 15, 2025</u>.

PHH Mortgage Corporation as Servicer for Mortgage Assets Management, LLC.

Dated: <u>8/7/2025</u>

*[signature]*

<u>Hanny Bailey - Contract Management Coordinator</u>
(Print Name and Title)

2