UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                          CHAPTER 13
                                                               CASE NO.: 1:22-bk-01438-HWV

**Phyllis Jean Myers,**

    Debtor,

_____/

**MORTGAGE ASSETS MANAGEMENT, LLC,**

    Movant,

v.

**Phyllis Jean Myers,**

**Jack N Zaharopoulos- Trustee,**

    Respondents.

_____/

### **CERTIFICATE OF NON- CONCURRENCE**

        The undersigned hereby certifies that Debtor(s) attorney, has not consented to relief. The Concurrence in this motion was sought on August 11, 2025. Trustee does not typically consent without Debtor(s)' consent.

Date: August 13, 2025

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com