UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                            CHAPTER 13
                                                       CASE NO.: 1:22-bk-01438-HWV

**Phyllis Jean Myers,**

     **Debtor,**

_____/

**MORTGAGE ASSETS MANAGEMENT, LLC,**

     **Movant,**

v.

**Phyllis Jean Myers,**

**Jack N Zaharopoulos- Trustee,**

     **Respondents.**

_____/

**ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

      AND NOW, this _____ day of _____, 2025, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

      ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC; and it is further

      ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 3180 Barley Circle, Dover, PA 17315 including without limitation a sheriff's sale of the property, and it is further

ORDERED that Mortgage Assets Management, LLC request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
U.S. Bankruptcy Court Judge