UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CHAPTER 13
 CASE NO.: 1:22-bk-01438-HWV

**Phyllis Jean Myers,**

    Debtor,

_____/  Hearing Date: September 30, 2025
 Hearing Time: 9:30AM
**MORTGAGE ASSETS MANAGEMENT, LLC,**  Hearing Location: 1501 North 6th
 Street, Harrisburg, Pennsylvania
    Movant,  17102

v.

**Phyllis Jean Myers,**

**Jack N Zaharopoulos- Trustee,**

    Respondents.

_____/

## CERTIFICATE OF SERVICE FOR RELIEF FROM AUTOMATIC STAY

    I, ROBERT SHEARER, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on August 14, 2025, and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Phyllis Jean Myers
3180 Barley Circle
Dover, PA 17315

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street

Suite 900
Philadelphia, PA 19102

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Date: August 13, 2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com