UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                    CHAPTER 13
                                                                               CASE NO.: 1:22-bk-01438-HWV

**Phyllis Jean Myers,**

    Debtor,

_____/          Hearing Date: September 30, 2025
                                                          Hearing Time: 9:30AM
**MORTGAGE ASSETS MANAGEMENT, LLC,**    Hearing Location: 1501 North 6th Street, Harrisburg, Pennsylvania 17102

    Movant,

v.

**Phyllis Jean Myers,**

**Jack N Zaharopoulos- Trustee,**

    Respondents.

_____/

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, RESPONSE DEADLINE AND HEARING DATE

    Mortgage Assets Management, LLC has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at 3180 Barley Circle Dover, PA 17315 and for such other and further relief as to the Court may deem just and proper.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **August 28, 2025,** you or your attorney must do <u>all</u> of the following:

    (a) file a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse 1501 North 6th Street Harrisburg, PA 17102.
    If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

> Robert Shearer, Esquire
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> Email: rshearer@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   (c) A hearing on the motion is scheduled to be held before the **Honorable Chief Judge Henry W. Van Eck on September 30, 2025 at 9:30AM at United States Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse 1501 North 6th Street Harrisburg, PA 17102**.

3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Date: 8/13/25

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com