IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                     CHAPTER 13
                                                                 CASE NO.: 1:22-bk-01438-HWV

Phyllis Jean Myers,

    Debtor,

_____/

MORTGAGE ASSETS MANAGEMENT, LLC,

    Movant,

v.

Phyllis Jean Myers,

Jack N Zaharopoulos- Trustee,

    Respondents.

_____/

## **ORDER**

Upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), Doc. 83, and no objections having been filed, it is

**ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are terminated with respect to Mortgage Assets Management, LLC. It is further

**ORDERED** that Mortgage Assets Management, LLC, its successors and/or assignees are entitled to proceed with appropriate state court remedies against the property located at 3180 Barley Circle, Dover, PA 17315 including without limitation a sheriff's sale of the property.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 2, 2025